Certificate Number: 03605-PR-DE-020769441

Bankruptcy Case Number: 12-00410



03605-PR-DE-020769441

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2013</u>, at <u>10:00</u> o'clock <u>AM AST</u>, <u>FELIX ALVARDO ROLON</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: April 18, 2013   By: _____

Name: Francisco Garcia

Title: Branch Manager