1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**In re:**

| | |
|---|---|
| JOSE LUIS CAMACHO ROSADO<br>ANGELA MILAGROS RIVERA SANTIAGO<br>Debtor(s) | CASE NO. 11-10718  MCF 13 |
| JOSE A. JIMENEZ OTERO<br>Debtor(s) | CASE NO. 11-10907  BKT 13 |
| CHRISTINA ELENA FERNANDEZ AVILES<br>JOHNNY OTERO CARRION<br>Debtor(s) | CASE NO. 11-10918  BKT 13 |
| MARIA  N. COLON PAGAN<br>Debtor(s) | CASE NO. 11-11009  MCF 13 |
| ORLANDO COLON VARGAS<br>MARIBEL RIVERA RIVERA<br>Debtor(s) | CASE NO. 11-11027  ESL 13 |
| OLGA Y. ROIG ZAYAS<br>Debtor(s) | CASE NO. 11-11029  MCF 13 |
| ANTHONY ISAIAS FELICIANO AMADEO<br>CARMEN A. MONTANEZ ROSA<br>Debtor(s) | CASE NO. 11-11050  ESL 13 |
| JOSE ROSA GOMEZ<br>WANDA BIRRIEL FERNANDEZ<br>Debtor(s) | CASE NO. 11-11234  MCF 13 |
| MAYRA JANETTE AGOSTINI RUIZ<br>Debtor(s) | CASE NO. 11-11245  EAG 13 |
| MARIA E. ESPADA VAZQUEZ<br>Debtor(s) | CASE NO. 11-11257  BKT 13 |
| ANGEL LUIS SANTOS SANCHEZ<br>Debtor(s) | CASE NO. 12-00008  BKT 13 |
| JOSE ANTONIO QUINONES CARABALLO<br>MARIA M. COLON ALVARADO<br>Debtor(s) | CASE NO. 12-00114  EAG 13 |
| JOSE ANTONIO SOTO ROSADO<br>ANA DELIA RIVERA RIVERA<br>Debtor(s) | CASE NO. 12-000190 BKT 13 |
| FELIX ALVARADO ROLON<br>NORMA VALDES MULLER<br>Debtor(s) | CASE NO. 12-00410  BKT 13 |
| ANDRES GONZALEZ CRUZ<br>EDITH MARGARITA GARCIA RIVERA<br>Debtor(s) | CASE NO. 12-00445  BKT 13 |
| JOSE ANTONIO COLON RODRIGUEZ<br>RAQUEL ESPINOSA HUERTAS<br>Debtor(s) | CASE NO. 12-00554  BKT 13 |
| OSVALDO MENDEZ OSORIO<br>Debtor(s) | CASE NO. 12-00597  MCF 13 |
| EDUARDO ARRUFAT ALBARRAN<br>Debtor(s) | CASE NO. 12-00722  ESL 13 |
| JENNIFFER OROZCO DIAZ<br>Debtor(s) | CASE NO. 12-00727  ESL 13 |
| JOSE A. CASTRO RIVERA<br>KYDIAN Y. VAZQUEZ CABEZUDO<br>Debtor(s) | CASE NO. 12-00733  ESL 13 |
| ZENIK O. RODRIGUEZ PEREZ<br>WANDALIZ ORTIZ FLORES<br>Debtor(s) | CASE NO. 12-00877  EAG 13 |

| Debtor(s) | Case No. |
|---|---|
| EFREN COLON ORTIZ<br>JULIA INES RIVERA MONTERO<br>Debtor(s) | CASE NO. 12-00926 EAG 13 |
| KARENINE DENNIS MERCADO PEREZ<br>Debtor(s) | CASE NO. 12-00933 ESL 13 |
| JOSE MANUEL ARROYO ORTIZ<br>CARMEN IRIS GARCIA PIZARRO<br>Debtor(s) | CASE NO. 12-01035 BKT 13 |
| CARMEN MARIA GUZMAN ESPADA<br>Debtor(s) | CASE NO. 12-01123 ESL 13 |
| DANNY JAIME FERNANDEZ<br>Debtor(s) | CASE NO. 12-01146 BKT 13 |
| LUIS O. DÍAZ MERCED<br>MARILIS DE LEON OCASIO<br>Debtor(s) | CASE NO. 12-01193 EAG 13 |
| CARLOS ALBERTO RIVERA MALDONADO<br>BRENDA LIZ CENTENO GERENA<br>Debtor(s) | CASE NO. 12-01259 BKT 13 |
| ARMANDO A. LOPEZ PINERO<br>Debtor(s) | CASE NO. 12-01304 BKT 13 |
| MARIELA DÍAZ PEREZ<br>Debtor(s) | CASE NO. 12-01306 BKT 13 |
| CARLOS NORBERTO NIEVES SANTIAGO<br>Debtor(s) | CASE NO. 12-01354 BKT 13 |
| JOSE JUAN NEGRON PADRO<br>Debtor(s) | CASE NO. 12-01408 BKT 13 |
| HECTOR LUIS SANTIAGO NIEVES<br>ANDREA VAZQUEZ QUILES<br>Debtor(s) | CASE NO. 12-01420 MCF 13 |
| RAMON LUIS PAGAN MANZANO<br>WILMARYS CAMACHO PEREEZ<br>Debtor(s) | CASE NO. 12-01807 ESL 13 |
| JOSE A. PEREZ SOTO<br>ADA I. SILVA RIVERA<br>Debtor(s) | CASE NO. 12-02038 BKT 13 |
| VILMA HAYDEE TORRES TORRES<br>Debtor(s) | CASE NO. 12-02065 ESL 13 |
| LUIS ISMAEL LUYANDA LOPEZ<br>GLORIBEL MARTINEZ RAMIREZ<br>Debtor(s) | CASE NO. 12-02304 ESL 13 |
| JULIA E. TORRES LAUREANO<br>Debtor(s) | CASE NO. 12-02328 BKT 13 |
| SANDRA IVETTE VAZQUEZ DÍAZ<br>Debtor(s) | CASE NO. 12-02340 ESL 13 |
| PEDRO I. RIVERA RIVERA<br>Debtor(s) | CASE NO. 12-02352 MCF 13 |
| ISMAEL RIVERA RIVERA<br>Debtor(s) | CASE NO. 12-02358 ESL 13 |
| CARLOS EFRAIN APONTE RIVERA<br>Debtor(s) | CASE NO. 12-02410 ESL 13 |
| ANGEL L. NIEVES ORTIZ<br>LUZ N. MARTINEZ MARTINEZ<br>Debtor(s) | CASE NO. 12-02422 BKT 13 |
| JOSE A. RIVERA VELEZ<br>MARISOL RODRIGUEZ PRATTS<br>Debtor(s) | CASE NO. 12-02528 EAG 13 |
| AMILCAR TORRES DELGADO<br>LUISETTE ELENA RODRIGUEZ BOLIER<br>Debtor(s) | CASE NO. 12-02684 ESL 13 |
| MIRIAM DE LEON MARQUEZ<br>Debtor(s) | CASE NO. 12-02698 ESL 13 |

3

| | |
|---|---|
| MANUEL DIAZ SANTIAGO<br>MONSERRATE PINERO COLLAZO<br>Debtor(s) | CASE NO. 12-02763 ESL 13 |
| GERMAN CORDERO RODRIGUEZ<br>IVONNE M. RODRIGUEZ SANCHEZ<br>Debtor(s) | CASE NO. 12-02850 BKT 13 |
| RUTH MORALES MARIN<br>Debtor(s) | CASE NO. 12-02885 ESL 13 |
| JENNY DÍAZ SANTELL<br>Debtor(s) | CASE NO. 12-02917 ESL 13 |

## MOTION TO WITHDRAW LEGAL REPRESENTATION AND REQUEST TO CEASE NOTIFICATION

TO THE HONORABLE COURT:

**NOW COMES** Undersigned Counsel, **LAW OFFICES OF HERRERO III & ASSOCIATES, P.S.C.** and to the Honorable Court respectfully represents:

1. R&G Premier Bank of Puerto Rico, and now Scotiabank of Puerto Rico, a creditor in the above captioned case, have appeared in the instant case represented by the undersigned legal counsel.

2. That undersigned legal counsel, pursuant to Scotiabank of Puerto Rico's request, hereby withdraws its appearance as counsel for RG PremierBank/Scotiabank of Puerto Rico in the instant bankruptcy proceedings.

3. That in compliance with local bankruptcy rules, undersigned counsel hereby certifies that there are no pending motions, hearings or trial pending before this Honorable Court involving RG PremierBank/Scotiabank of Puerto Rico.

4. That in further compliance with the local bankruptcy rules, undersigned counsel hereby informs this Honorable Court that, any further communications, written

notices and CM/ECF System notices directed to RG PremierBank/Scotiabank of Puerto Rico in the instant case should be sent to the following recipient:

> Ricardo A. Colón Ríos, Esq.
> Head, Legal and Regulatory Department
> **Scotiabank de Puerto Rico**
> **P O BOX 362230**
> **San Juan, Puerto Rico 00936-2230**
> **Tel. (787) 625-5560; (787) 625-5566**
> **Ricardo.Colon@scotiabank.com**

**WHEREFORE**, Undersigned Counsel respectfully prays this Honorable Court allows the withdrawal herein requested and, if leave of court is required, enters an order to that effect and directs the Clerk of the Court to remove undersigned counsel from the master address list in the instant case, with such further relief as is just and proper.

**CERTIFICATE OF SERVICE** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF System which will send notification of such filing to all registered CM/ECF participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 12th day of January, 2016.

> **LAW OFFICES HERRERO III & ASSOCIATES, P.S.C,**
> P.O. Box 362159
> San Juan, Puerto Rico 00936-2159
> Tel. (787) 754-5000, Fax 754-5001
>
>
> /s/ ISMAEL H. HERRERO III
> USDC-PR No. 203002